85 A.3d 1005

IN THE MATTER OF STUART D. FELSEN, AN ATTORNEY AT LAW (ATTORNEY NO. 014521993).

March 24, 2014.

## ORDER

This matter having been duly presented, it is ORDERED that **STUART D. FELSEN** of **CEDAR KNOLLS,** who was admitted to the bar of this State in 1993, and who was suspended from the practice of law for a period of three months, effective July 5, 2013, by Order of this Court filed June 5, 2013, be restored to the practice of law, effective immediately.